Armen Manasserian (SBN 288199)
Arya Channaveeraiah (SBN 344199)
**MANASSERIAN LAW, APC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Tel: (626) 469-0500
Fax: (626) 469-0510
Email: armen@ml-apc.com

*Counsel for Secured Creditor Antonio Leon*

FILED & ENTERED

MAR 06 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GEORGIA K. BODE,<br><br>      Debtor and Debtor In Possession. | Case No. 2:24-bk-19904-NB<br><br>Chapter 11<br><br>Adv. Case No. 2:24-ap-01273-NB |
| GEORGIA K. BODE,<br><br>      Plaintiff(s),<br><br>v.<br><br>ROBERT G. LUNA, SHERIFF OF LOS ANGELES, COUNTY; ANTONIO LEON; JP MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES, LLC; CITIBANK, N.A.; WELLS FARGO BANK, N.A.; DOES 1-10,<br><br>      Defendant(s). | **ORDER CONTINUING HEARING ON MOTION FOR ORDER VALUING LIENS ON ACCOUNTS [11 U.S.C. 506(a), FRBP 3012]**<br><br>Hearing ~~Held~~:<br>Date:       February 25, 2025<br>Time:      1:00 p.m.<br>Courtroom:  1545<br>             255 East Temple Street<br>             Los Angeles, CA 90012<br>Judge:     Hon. Neil Bason<br><br>Continued Hearing:<br>Date:       May 6, 2025<br>Time:      1:00 p.m.<br>Courtroom:  1545<br>             255 East Temple Street<br>             Los Angeles, CA 90012<br>Judge:     Hon. Neil Bason |

On February 25, 2025, at 1:00 p.m. in Courtroom 1545 of the above-entitled Court and by

Zoom, the Court heard the Motion for Order Valuing Liens on Accounts [11 U.S.C. 506(a) FRBP

3012] (the "Valuation Motion") [Adv. Dkt. 38] filed by judgment creditor Antonio Leon, ("Leon" or "Judgment Creditor"), in the above-captioned adversary proceeding.  Appearances were as noted on the record.

The Court, having reviewed and considered the Valuation Motion and papers filed in support thereof; the Opposition papers filed by debtor-in-possession, Georgia K. Bode (adv. dkt. 42 & 43); the response of defendant J.P. Morgan Securities, LLC (adv. dkt. 44), the Reply filed by Judgment Creditor (adv. dkt. 46); the arguments and representations of counsel, notice having been given; and good cause appearing therefor, orders as follows.

**IT IS HEREBY ORDERED** that:

1.      The Valuation Motion is continued to May 6, 2025, at 1:00 p.m.

2.      Judgment Creditor may file a motion for leave to amend his answer to the adversary complaint by no later than March 18, 2025.

### 

Date: March 6, 2025

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

ORDER CONTINUING HEARING ON MOTION FOR ORDER VALUING LIENS ON ACCOUNTS